**Order entered October 24, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00709-CV**
**No. 05-19-00711-CV**

**IN THE INTEREST OF I.S., ET AL., CHILDREN**
**IN THE INTEREST OF J.L., JR., ET AL., CHILDREN**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. DF-14-10695 and DF-17-19273**

## ORDER

Before the Court is Mother's motion for additional time to file brief. We **GRANT** the

motion and **ORDER** the brief received October 22, 2019 filed as of the date of this order.


/s/     ROBERT D. BURNS, III
CHIEF JUSTICE
